| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** First Name | Middle Name | **Saucedo** Last Name |
| Debtor 2 (Spouse if, filing) | **Chantelle** First Name | Middle Name | **Saucedo** Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS | | |
| Case number (if known) | **17-50224-cag** | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7  12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bexar County Tax Assessor**<br><br>Description of property securing debt: **23319 Seven Winds San Antonio, TX 78258 Bexar County CB 4925D BLK 2 LOT 35 (MOUNTAIN LODGE SUBD UT-5A1)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Pay in the ordinary course** | ☐ No<br>■ Yes |
| Creditor's name: **Carfinance.com**<br><br>Description of property securing debt: **2012 Chevy Equinox 110,000 miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Compass Bank** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ■ No<br>☐ Yes |

| Debtor 1 | **Alexander Saucedo** | | |
|---|---|---|---|
| Debtor 2 | **Chantelle Saucedo** | Case number (*if known*) | **17-50224-cag** |

| Description of property securing debt: | **2015 Dodge Dart** | *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |
|---|---|---|---|

| Creditor's name: | **Santander Consumer USA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **2016 Chrysler 200** | | |

| Creditor's name: | **Wells Fargo Home Mortgage** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **23319 Seven Winds San Antonio, TX 78258  Bexar County**<br>**CB 4925D BLK 2 LOT 35 (MOUNTAIN LODGE SUBD UT-5A1)** | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name: | ☐ No |

| Debtor 1 | **Alexander Saucedo** | | |
|---|---|---|---|
| Debtor 2 | **Chantelle Saucedo** | Case number (*if known*) | **17-50224-cag** |

Description of leased
Property:                                                                                                    ☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X **/s/ Alexander Saucedo** | X **/s/ Chantelle Saucedo** |
|---|---|
| **Alexander Saucedo** | **Chantelle Saucedo** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **April 11, 2019** | Date **April 11, 2019** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALEXANDER SAUCEDO | § | CASE NO. 17-50224-CAG |
| CHANTELLE SAUCEDO, | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing Statement of Intention has been served upon the parties listed below by the method indicated hereunder, and to the parties listed on the Statement by First Class Mail, postage pre-paid, on this _7th _ day of May, 2019.

**DEBTORS:**
Alexander/Chantelle Saucedo
23319 Seven Winds
San Antonio, TX 78258
*Via Electronic Mail with consent*

**CHAPTER 7 TRUSTEE:**
Johnny W. Thomas
St. Paul Square
1153 East Commerce
San Antonio, Texas 78205
*Via the Court's ECF Filing System*

**REQUESTING NOTICE:**
Bradley S. Balderrama
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Counsel for Bexar County
*Via the Court's ECF Filing System*

Peter B. Dickens
2180 North Loop West, Suite 510
Houston, TX 77018
Counsel for CarFinance Capital
*Via the Court's ECF Filing System*

**UNITED STATES TRUSTEE:**
Post Office Box 1539
San Antonio, Texas 78295-1539
*Via the Court's ECF Filing System*

                                        __/s/ H. Anthony Hervol_____
                                        H. Anthony Hervol